718 A.2d 754

**Darlene VARGO, an individual and as Administratrix of the Estate of Andrew A. Vargo, Deceased, Appellant,**

**v.**

**KOPPERS COMPANY, INC., ENGINEERING & CONSTRUCTION DIVISION, a/k/a Koppers Industries, Inc., Appellee.**

Supreme Court of Pennsylvania.

Sept. 24, 1998.

## ORDER CLARIFYING JUDGMENT

PER CURIAM:

AND NOW, this 24th day of September, 1998, we **DENY** the Application for Reargument and **REMAND** this case to the Superior Court for consideration of issues raised but not decided in Appellee's direct appeal.